lants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Shearn, JJ.

NATHAN DREYFUS, a Stockholder of the Defendant KEYSTONE TIRE AND RUBBER COMPANY, Suing on Behalf of Himself and All Other Stockholders Similarly Situated, and on Behalf of the Defendant KEYSTONE TIRE AND RUBBER COMPANY, Appellant, v. THE KEYSTONE TIRE AND RUBBER COMPANY and Others, Respondents. NATHAN DREYFUS, a Stockholder of the Defendant KEYSTONE TIRE AND RUBBER COMPANY, Suing on Behalf of Himself and All Other Stockholders Similarly Situated, and on Behalf of the Defendant KEYSTONE TIRE AND RUBBER COMPANY, Appellant, v. THE KEYSTONE TIRE AND RUBBER COMPANY and Others, Respondents.— Orders affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Shearn, JJ.

ANNIE WEINUS, as Administratrix, etc., Respondent, v. J. LEWIS WEINBERG, Appellant, Impleaded.— Order affirmed, with ten dollars costs and disbursements. No opinion. The appellant's brief containing improper matter is stricken from the files. Present — Clarke, P. J., Laughlin, Dowling, Smith and Shearn, JJ.

HOLMES JONES, Respondent, v. LILLA M. BALDWIN-DEVINE, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Shearn, JJ.

In the Matter of the Application of MANHATTAN RAILWAY COMPANY, Appellant, v. ZARLAND REALTY COMPANY and Others, Respondents, etc. In the Matter of the Application of MANHATTAN RAILWAY COMPANY, Appellant, v. THOMAS LENANE and Others, Respondents, etc.— Orders modified by providing that the proceedings be continued for all purposes in the county of Bronx, and set for trial therein at such time as may be fixed by the Special Term of the Supreme Court in that county; and as modified affirmed, without costs. No opinion. Order to be settled on notice. Present — Clarke, P. J., Laughlin, Dowling, Smith and Shearn, JJ.

THOMAS J. ANDERSON v. WILLIAM JONES and Another.— Motion granted, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Smith and Shearn, JJ.

FREDERICK SCHLANGER v. SIGMUND HEYMAN.— Motion granted, unless appellant complies with terms of order. Present — Clarke, P. J., Laughlin, Dowling, Smith and Shearn, JJ.

MARIA C. LOWE v. MARY C. LEARY and Others.— Motion granted, unless appellant complies with terms of order. Present — Clarke, P. J., Laughlin, Dowling, Smith and Shearn, JJ.

WILLIAM J. BAXTER v. EUGENE P. HERRMAN.— Motion denied. Present — Clarke, P. J., Laughlin, Dowling, Smith and Shearn, JJ.

CHRISTINA WOOD v. THE CITY OF NEW YORK.— Motion granted, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Smith and Shearn, JJ.

THOMAS G. WOOD v. THE CITY OF NEW YORK.— Motion granted, with